FRAZIER ET AL., APPELLANTS, *v.* DEPINET; SENECA COUNTY
BOARD OF COMMISSIONERS ET AL., APPELLEES.

[Cite as *Frazier v. Depinet* (1994), 69 Ohio St.3d 1211.]

(No. 93–108—Submitted April 27, 1994—Decided June 8, 1994.)

---

*Murray & Murray Co. L.P.A., Thomas J. Murray* and *Nancy L. Ogden,* for appellants.

*Isaac, Brant, Ledman & Becker, J. Stephen Teetor* and *Douglas C. Boatright,* for appellees.

---

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.